UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN KERR, RANDY GROUNDS, DEE DEE BROOKHART, RODERICK MATTICKS, DR. WILLIAMS and LOUIS SHICKER,<br><br>    Defendants. | Case No. 15-cv-70-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's March 5, 2016, order to show cause (Doc. 55) why the Court should not dismiss defendant Randy Grounds from this case in his official capacity in light of the fact that he can no longer provide injunctive relief, the only reason he was kept in this case. Grounds, the warden of Robinson Correctional Center, was allowed to remain in this case in his official capacity for the sole purpose of performing injunctive relief if ordered by the Court (Doc. 16). However, plaintiff Dwayne Cook is no longer housed at Robinson, so Grounds can no longer provide injunctive relief for him. In the order to show cause, the Court gave Cook an opportunity to give a good reason to keep Grounds in the case, but Cook did not respond to the order. Accordingly, as it warned it would do, the Court **DISMISSES** all claims in this case against Grounds in his official capacity **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of this case. Grounds is terminated as a party to this case.

**IT IS SO ORDERED.**
**DATED:  April 11, 2016**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**